

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00202-CR

## IN RE WILLIAM M. WINDSOR

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

Relator William M. Windsor's petition for writ of mandamus is denied.


PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
       (Justice Davis concurring)
Denied
Opinion delivered and filed August 31, 2016
Do not publish
[OT06]

